BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | 2:14-CV-01076-MCE-DAD<br><br>REQUEST AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |

　　　　The United States requests that the Court continue the deadline to file a Joint Status Report ("JSR") from July 3, 2014 to October 2, 2014.  For the reasons set forth below, there is good cause to continue the deadline to file a JSR.

## Introduction

　　　　On April 30, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations.

　　　　All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on May 13, 2014, and ran for thirty consecutive

days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on July 1, 2014.

On June 6, 2014, Beverly Faille ("Faille") filed a claim to the Defendant Currency. No other party has entered this case.

The United States has attempted to contact Faille to resolve this case and/or file a JSR.  To date, however, the United States has been unsuccessful.  Faille is preceding *pro se*, lives in Massachusetts, and has not provided a telephone number or email address. The United States therefore requests an extension of 90 days, until October 2, 2014, to file a JSR.

## Good Cause

For these reasons stated herein, the United States believes there is good cause to continue the deadline to file a JSR to October 2, 2014 (or to another date the Court deems appropriate).

Dated:   7/2/2014                                                            BENJAMIN B. WAGNER
                                                                                              United States Attorney

                                                                          By:       /s/ Jeffrey A. Spivak
                                                                                              JEFFREY A. SPIVAK
                                                                                              Assistant U.S. Attorney

## ORDER

Good cause having been shown, the deadline to file a Joint Status Report currently set for July 3, 2014 is continued to October 2, 2014.

**IT IS SO ORDERED.**

Dated:  July 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT