BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:14-CV-01076-MCE-DAD<br><br>REQUEST AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |

The United States requests that the Court continue the deadline to file a Joint Status Report ("JSR") from October 2, 2014 to December 31, 2014.  For the reasons set forth below, there is good cause to continue the deadline to file a JSR.

### Introduction

On April 30, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations.

All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on May 13, 2014, and ran for thirty consecutive

days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on July 1, 2014.

On June 6, 2014, Beverly Faille ("Faille") filed a claim to the Defendant Currency. No other party has entered this case.

The United States has attempted to contact Faille on two separate occasions to resolve this case and/or file a JSR.  True and correct copies of the letters, along with the certified mail receipt for the letter sent on August 6, 2014, are attached hereto as Exhibit A.  To date, however, the United States has been unsuccessful.  Faille is preceding *pro se*, lives in Massachusetts, and has not provided a telephone number or email address.  The United States therefore requests a further extension of 90 days, until December 31, 2014, to file a JSR.

In the very near future, the United States will issue discovery to the claimant on the issue of standing.  See *United States v. $133,420.00 in U.S. Currency*, 672 F.3d 629, 635 (9th Cir. 2012) ("Unlike in typical civil proceedings, the government may commence limited discovery immediately after a verified claim is filed. Supplemental Rule G(6)(a) provides that '[t]he government may serve special interrogatories limited to the claimant's identity and relationship to the defendant property without the court's leave at any time after the claim is filed and before discovery is closed.'").  Accordingly, an extension of the JSR deadline will allow the parties to complete the "standing" discovery before fully scheduling the case and reaching merits-based discovery.

In light of the United States' intent to seek discovery on the issue of standing, the parties request a continuance of the deadline to file a Joint Status Report from October 2, 2014 to December 31, 2014, or to another date the Court deems appropriate.

///
///
///
///

Request and Proposed Order to Extend the
Deadline to File a Joint Status Report

## Good Cause

For these reasons stated herein, the United States believes there is good cause to continue the deadline to file a JSR to December 31, 2014 (or to another date the Court deems appropriate).

Dated:  9/24/2014

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request and good cause appearing, the deadline to file a Joint Status Report currently set for October 2, 2014 is to be CONTINUED to December 31, 2014.

**IT IS SO ORDERED.**

**Dated:  September 29, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT