IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 2:14-cv-1076 MCE DAD PS<br><br>ORDER |

This matter came before the undersigned on December 19, 2014, for hearing of plaintiff's amended motion to strike the claim and answer filed by claimant Beverly A. Faille and motion for default judgment. (Dkt. No. 20.) Attorney Jeffrey Spivak appeared telephonically on behalf of the plaintiff. No appearance was made by or on behalf of claimant Beverly A. Faille.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's amended motion to strike (Dkt. No. 20) is granted;

2. Both the claim and answer filed by claimant Beverly A. Faille (Dkt. Nos. 6 & 7) are stricken; and

/////

/////

1

3. Plaintiff's amended motion for default judgment (Dkt. No. 20) is taken under submission for issuance of findings and recommendations.

Dated: December 19, 2014

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\ USv$9000.1076.oah.121914.docx

2