IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | No. 2:14-cv-1076 MCE DAD PS<br><br>ORDER |

  This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On April 14, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 25) which were served on all parties and which contained notice that any objections were to be filed within fourteen days after service of the Findings and Recommendations.  The fourteen-day period has expired, and no party has filed objections to the Findings and Recommendations.

  The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 14, 2015 (ECF No. 25) are ADOPTED IN FULL;

2. The United States' Amended Motion for Default Judgment and Final Judgment of Forfeiture (ECF No. 20) is GRANTED;

3. Judgment by default is entered against any right, title, or interests of Beverly Faille, Justin Faille, and Bruce Melikian in the defendant currency referenced herein; and

4. A final judgment is entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law.

IT IS SO ORDERED.

Dated:  May 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT